IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Farrah Gilot
1238 East 39 Street
Brooklyn New York 11210

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Ontario Sheriff
74 Ontario St
Canandaigua NY 14421

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☒ No
*(check one)*



RECEIVED
DEC 30 2025
PRO SE OFFICE

REC'D IN PRO SE OFFICE
DEC 30 '25 PM4:15

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Farrah Gilot |
| Street Address | 1238 East 39 Street |
| City and County | Brooklyn Kings |
| State and Zip Code | New York 11210 |
| Telephone Number | 585 789 8726 |
| E-mail Address | hectmes3395@gmail.com |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 30 2025 ★
BROOKLYN OFFICE

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Ontario Sheriff |
| Job or Title (if known) | |
| Street Address | 74 Ontario Street |
| City and County | Canandaigua Ontario |
| State and Zip Code | New York 14424 |
| Telephone Number | 585 394 3311 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____

(if known)

Defendant No. 3

    Name  _____

    Job or Title  _____

    (if known)

    Street Address City  _____

    and County State  _____

    and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____

    (if known)

Defendant No. 4

    Name  _____

    Job or Title  _____

    (if known)

    Street Address City  _____

    and County State  _____

    and Zip Code  _____

    Telephone Number  _____

    E-mail Address  _____

    (if known)

**II.**   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. 42 USC 1983 civil Rights violation. Ontario Sheriff Refuse to Report Investigate or even provide Indicident or paper trial based on Race

3

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: 7,740,000 42 USC 1983 Civil Rights violation Ontario Sheriff violate my Rights and the bias sm ss cause harm and almost death

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ontario Sheriff Refuse to ninvestigate and or even provide incident Report Showing Racist harrassment refuse to provide equal protection under the law and almost cost my life They embolden Racist harrassment and refuse to investigate and was arrested for trying to investigate and tried to lie The case was dismissed they are liable

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the court for the damages that was incurred the false arrest the harress and murder attempeq was due to them refusing to enforce letting their racist it was Ok.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 30, 2025

Signature of Plaintiff: *Farrah Gilot*
Printed Name of Plaintiff: Farrah Gilot

6

Plammitt
vs
Sheriff office of Ontario County NY

I was getting death threat was getting catcalls of being a dead nigger walking nasty nigger coon etc when the death threats began I called the police officer sean s outhouse came explain that this person knock on the door asking toilet paper refuse threatened next time to get shot in the head called the police and office sean s outhouse refuse invesgastegate my full name was not mention. The harass death threat continue police call sheriff comes nothing the threats continue on June 23, 2023 Angela M gray was threaten, before that boyfriend ask cigrates I ignored and distance them comenting they get some get me. The next day went to store their friend saw me walking and called saying why they havent killed she walking in the middle of road dead nigger walking the next day June 24, 2023 They had started the early threats and racial slurs at 732 banging on the door I had enough went out with a recordered and trice to record and ask why they threatening me. I was arrested for a knife know during the court found it they called the police prior to incident and the lady angela m gray had a prior presury currently guess she did this a white person. The officer lied on the stand they also was trying violated brady violate violation. They recanted Remember I had video ten changing to three then had dropped the charges. The day. Even more embolden tried to murder me sept 17, 2023 and the harrassment the police on video the person is ojans to the hospital

excuses ~~~~~~~~~~~ ~~~~~~~~~ 1st who was also having Klan meetings. Sheriff offices violated 1964 Civil Rights act under the equal protection. They cover Race and hate crimes. They embolden bigiotec who threatened my safety covered up and made excuse to shield them against the law that th was violating. A very nice Sheriff 116 said during "I'm just suppose to ignore them." The sheriff also made excuse and outright complicite. There inac embolded left Ontario county because my room starting getting illegal access either hotel staff gave key who. Oct 31, 2024 the day before I left a lady was saying they was finally gonna kill me eft the Oct 31. Out of the blue in years hotel calls asking where I am. left told him way leaving on the second eft Oct 31, 2024. A couple days the later who hreatened murdered a hispanic transgender the heriff is invessgateing the same sheriff who allowed embolded shielded made excuse to protected their openly bigioted trash to harrass assault attemp. murder threats with immuity. There complicity refusing to report or provide report investagate there racist crimes asginst minorities but covering up and makes excuses and prosecuting any minority who tries fight back violatins 42 USC 1981 8 42 USS 1988

[signature]

There was always a reason not to enforce the law investagate and even provide an incident Report. There was alway a reason to excuse the death threats harrassment and even murder attempt on asking why or not to respond the sheriff of ontario had a duty of care to report racial indicident to higher levels but cooking their stats and Refusing to stop the behavior or take proper care for it not to escalate instead they outright covering the behavior up. They Refuse to provide any paper trail this in trial when I was arrested for having a knife to show that I was setting harrass they was Attempting to violate the brady Act lying claiming no calls was made I will Request to supeona body cam interaction phone Records and provide provide Record Showing ontario county Sheriff violate the civil Rights act and Hate crimes Bill up Clear Protect from discrimination. In ontario county Just was Racially implentended Blacks or color bias not ensuring protection but prosecution.. there misconduct in handling the situation was based on biasness These Raciest having KKK gathering tried to kill me there reaction a laugh she going to rehab knowing it was a group who then murdered and who threatened to kill me murder a hispanic transgender woman. The Reaction video taped

# healthfirst
Health Insurance for New Yorkers



Join us for a

# Healthy Halloween Celebration

Friday, October 31　　|　　2166 Nostrand Avenue
1pm–4pm　　　　　　　　Brooklyn, NY 11210



Free Event

- Sketch Artist
- Healthy Snacks
- Dress to impress/Halloween costumes
- Health Insurance Information
- Giveaways*

For more information, please contact:

Nerlande Malvoisin
1-646-417-0153
nmalvoisin@healthfirst.org

* While supplies last. Limit one per household, with no obligation to enroll. Healthfirst is the brand name used for products and services provided by one or more of the Healthfirst group of affiliated companies. Coverage is provided by Healthfirst Health Plan, Inc., Healthfirst PHSP, Inc., and/or Healthfirst Insurance Company, Inc. (together, "Healthfirst"). This event is only for educational purposes and no plan-specific benefits or details will be shared.



U.S. POSTAGE PAID

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 72738 0
00